DEFENDANT:  CESAR RAMON MARTINEZ SOLIS

YEAR OF BIRTH: 1983

OFFENSE:     COUNT 1: 18 U.S.C. §§ 922(g)(5)(B)

LOCATION OF OFFENSE: Fremont County, Colorado

PENALTY:    COUNT 1: NMT 15 years' imprisonment, $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment

AGENT:  Special Agent Adam Jennings, HSI

AUTHORIZED BY:  Albert Buchman, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  X   five days or less        _____ over five days   _____ other

THE GOVERNMENT

  X   Will seek detention in this case based on 18 U.S.C. §§ 3142(f)(1) and (2).

_____ Will not seek detention.

The statutory presumption of detention **is not** applicable to this defendant.

1