AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the District of Colorado

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | |
| ) | Case No. 25-mj-74-CYC-1 |
| _CESAR RAMON MARTINEZ SOLIS_ ) | |
| *Defendant* ) | |
| ) | |

**ARREST WARRANT**

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* CESAR RAMON MARTINEZ SOLIS, who is accused of an offense or violation based on the following document filed with the court:

☒ Complaint

This offense is briefly described as follows:

Title 18 United States Code Sections 922(g)(5)(B), Unlawful Possession of Ammunition by Alien Admitted Under a Nonimmigrant Visa.

Date: April 8, 2025

_____
*Issuing officer's signature*

City and state: Denver, CO

The Hon. Cyrus Y. Chung, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*