AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the District of Colorado

| United States of America | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No.  25-mj-74-CYC-2 |
| | ) | |
| _HUMBERTO IVAN AMADOR GAVIRA_ | ) | |
| *Defendant* | ) | |
| | ) | |

### ARREST WARRANT

TO:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* _HUMBERTO IVAN AMADOR GAVIRA_ , who is accused of an offense or violation based on the following document filed with the court:

☒ Complaint

This offense is briefly described as follows:

Title 18 United States Code Sections 922(g)(5)(B), Unlawful Possession of Ammunition by Alien Admitted Under a Nonimmigrant Visa.

Date: April 8, 2025

_____
*Issuing officer's signature*

City and state:  Denver, CO

The Hon. Cyrus Y. Chung, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____    *Arresting officer's signature*  *Printed name and title* |