AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2025 APR 11  AM 11: 37

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
for the District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 25-mj-74-CYC-1 |
| CESAR RAMON MARTINEZ SOLIS | ) | |
| Defendant | ) | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* CESAR RAMON MARTINEZ SOLIS, who is accused of an offense or violation based on the following document filed with the court:

☒ Complaint

This offense is briefly described as follows:

Title 18 United States Code Sections 922(g)(5)(B), Unlawful Possession of Ammunition by Alien Admitted Under a Nonimmigrant Visa.

Date: April 8, 2025

_____
Issuing officer's signature

City and state: Denver, CO

The Hon. Cyrus Y. Chung, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/8/2025, and the person was arrested on *(date)* 4/11/2025 at *(city and state)* Aurora, Colorado.

Date: 4/11/2025

_____
*Arresting officer's signature*

Adam Jenings, SA
*Printed name and title*

8