AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2025 APR 11 AM 11:36

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
for the District of Colorado

United States of America )
)
v. )
)
HUMBERTO IVAN AMADOR GAVIRA )   Case No.   25-mj-74-CYC-2
Defendant )
)
)

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* HUMBERTO IVAN AMADOR GAVIRA, who is accused of an offense or violation based on the following document filed with the court:

☒ Complaint

This offense is briefly described as follows:

Title 18 United States Code Sections 922(g)(5)(B), Unlawful Possession of Ammunition by Alien Admitted Under a Nonimmigrant Visa.

Date: April 8, 2025

_____
*Issuing officer's signature*

City and state: Denver, CO

The Hon. Cyrus Y. Chung, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/8/25, and the person was arrested on *(date)* 4/11/25 at *(city and state)* AURORA, CO.

Date: 4/11/25

_____
*Arresting officer's signature*

Adam Jenks /s/

*Printed name and title*