IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 25-mj-74-CYC

UNITED STATES OF AMERICA,

       Plaintiff,

v.

4. CESAR RAMON MARTINEZ SOLIS

       Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT
CESAR RAMON MARTINEZ SOLIS**

---

    COMES NOW the undersigned, a member of the bar of this Court, and hereby enters an appearance as appointed counsel pursuant to the Criminal Justice Act on behalf of the above-named Defendant, Mr. Cesar Ramon Martinez Solis.

    Dated this 11th day of April, 2025.

                                       **AVISO LAW, LLC**

                                       */s/Ryan S. Coward*
                                       Ryan S. Coward,
                                       559 E. Pikes Peak Avenue, STE 301
                                       Colorado Springs, CO 80903
                                       Telephone: (719) 247-3111
                                       Fax: (719) 297-3814
                                       E-Mail: ryan@avisolawllc.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 11th day of April, 2025, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL FOR CORY CESAR RAMON MARTINEZ SOLIS** via Colorado Pacer.

                                      */s/Ryan Coward*
                                      Ryan Coward