IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-mj-00074-CYC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**2. HUMBERTO IVAN AMADOR GAVIRA**,

        Defendant.

## EXHIBITS IN SUPPORT OF REQUEST FOR PRETRIAL RELEASE

The defendant, Humberto Ivan Amador Gavira, by and through undersigned counsel, Assistant Federal Public Defender Aron L. Israelite, respectfully submits the following Exhibits in support of his release at his detention hearing scheduled for April 15, 2025, at 10:00 a.m.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*s/ Aron L. Israelite*
ARON L. ISRAELITE
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Aron_israelite@fd.org
Attorney for Mr. Amador Gavira

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 14, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Albert C. Buchman, Assistant United States Attorney
Email: al.buchman@usdoj.gov

  I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Humberto Ivan Amador Gavira (via U.S. Mail)

            *s/ Aron L. Israelite*
            ARON L. ISRAELITE
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone: (303) 294-7002
            FAX: (303) 294-1192
            Aron_israelite@fd.org
            Attorney for Mr. Amador Gavira

DEFENDANT'S EXHIBIT A
USA v. Amador Gavira
25-mj-00074-CYC

Dear Honorable Judge,

    I write this letter with all the respect you deserve. My name is Alfonso Gonzalez and I reside in 1254 s Beach CT in Denver Co 80219. In this letter I would like to ask you to give Humberto Ivan Amador Gavira a chance to be with his family. He has two daughters that depend on Humberto fully, Humberto has a wife and mother that also depend on him and fall under his care. Humberto is a very honorable human being and hard working man, He has never been in any sort of problems and gives his everything for the well being and provide for his family. I have known Humberto for 12 years now, when he married his wife and became part of the family. Since I have met Humberto he has been known to myself and my family as a responsible, respectful, hardworking person. Humberto was raised with strong values .In this letter I would also like to offer myself to be financially responsible for Humberto while he resides in the USA. I can offer Humberto a home, food and access to his everyday necessary needs while he resides in the USA for this case is resolved.

_____
Alfonso Gonzalez

My Contact Information
Alfonso Gonzalez
1254 s Beach Ct
Denver Co 80219
(720) 690-2208

Cecelia Cortez-Montoya
322 Elati St
Denver Co 80223
(720) 681-4172

Dear Judge

      I write this letter to give my personal recommendation for Humberto Ivan Amador Gavira, I have known Humberto for 10 years I have been a close friend of the family and have spent lots of time with him and his family, I can tell you that Humerto is a good person and very hard working person, in times I have seen Humberto I have witnessed his being a very respectful and loving person to everyone around him, Humberto is a person you can always count on and have a very good friend in him.

Savannah K. Harbin
11100 E Dartmouth ave #94
Denver Co 80014
(720) 418-9931

Dear honorable Judge,

    I have been a close friend of Humberto Ivan Amador Gavira for over 10 years now. He is a man of his word, who works hard to provide for his family, a solid man, and a man who is not the type of person to be in problems. Like I have mentioned he is a hard working man, I have spent close time with Humberto since he came to the USA to visit family. In that time I got to know Humberto, he focused on putting his family ahead.

*[signature]*

Nayla Ortiz-Banales
11801 York st
Thornton CO 80233

Dear Honorable Judge,

    I Nayla write this letter to say that I have a very close friendship with Humberto Ivan Amador Gavira and his wife, I have known Humberto for about 11 years he comes and visits a very close and loving friend of mine, while spending time I met Humberto and can say Humberto is a very very responsible and hardworking man, He is very respectful and helpful person. Humberto can be a person you can count on and look forward to spending time with. He is always in a very good mood and positive mind set that rubs off on you. Dear judge, I ask you to read my letter.

    Thank You for your Time.

*Nayla Banales* (signature)

Tyre Timothy James Granberry
1375 Peoria St apt 1-204
Aurora Co 80011

To Whom It May Concern,

    I Tyre write this letter to give a personal recommendation for Humberto Ivan Amador Gavira, I have known Humberto for 1 year, I know Humberto because I am a friend of the family I have not spent a lot of time with Humberto but in few times I have, I have seen he is a very nice man, I have gotten to know him to be a man of his family.



_____

Yanoarys Reyes Rojas
4363 S Quebec st #7212
Denver Co 80237
(720) 205-8204

To Whom It May Concern,

    With this letter I would like to say that I have known Humberto Ivan Amador Gavira for 5 years. Humberto is a very helpful person and very hardworking man, Humberto Is a respectful young man. He is a very responsible man to his family, his only priority is providing for his family and giving his best to them. I ask that you take my words into consideration.

    Sincerely

*Yanoarys Reyes Rojas*